STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2062  AND FILED ON  2/29/2008

SELIM ZHERKA                                    Plaintiff(s)/Petitioner(s)

Vs.

MICHAEL F. BOGDANOS, ET AL                      Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/7/2008 at 3:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICAONE, MAYOR                          (herein called recipient)
At Location: CITY OF YONKERS                                  therein named.
             CITY HALL, 40 SOUTH BROADWAY, 3RD FLOOR
             YONKERS NY

By delivering to and leaving with MARYANN BOTTONE a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 3/10/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BRN/GR |
|---|---|---|---|---|---|
| Age | 50/60 | Height | 5'4" | Weight | 235 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/10/2008

_____                    _____
                                              John Axelrod

                                              Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2062    AND FILED ON    2/29/2008

SELIM ZHERKA                                                    Plaintiff(s)/Petitioner(s)
                              Vs.
MICHAEL F. BOGDANOS, ET AL                                      Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/10/2008 at 12:00PM, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    MICHAEL R. EDELMAN                                 (herein called recipient)
                                                                     therein named.
At Location:     WORBY, GRONER & EDELMAN
                 11 MARTINE AVENUE
                 WHITE PLAINS NY

By delivering to and leaving with CHRIS AGOSTA, PARALEGAL a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 3/11/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALDING/BRN |
| Age | 35/45 | Height | 6'4" | Weight | 235 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/11/2008

John Axelrod

Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.2062    AND FILED ON    2/29/2008

SELIM ZHERKA

Vs.

MICHAEL F. BOGDANOS, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 3/11/2008 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: MICHAEL F. BOGDANOS    (herein called recipient therein named.)
At Location: NEW YORK DISTRICT ATTORNEY'S OFFICE
ONE HOGAN PLAZA
NEW YORK NY 10013

By delivering to and leaving with "JANE DOE" REFUSED NAME, CLERK a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 3/12/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BROWN | Color of Hair | DK BRN |
| Age | 31 | Height | 5'3" | Weight | 130 |
| Other Features | | AUTHORIZED BY DAVID YOUNG SUPERVISOR TO ACCEPT SERVICE | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 3/12/2008

Eric Averbach

Server's License#: 918927

2010