UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SELIM ZHERKA,

                            Plaintiff,

      -against-

MICHAEL F. BOGDANOS, individually,
MICHAEL R. EDELMAN, a/k/a "THE
CONSULTANT", individually, PHILIP
AMICONE, individually and in his capacity as
Mayor of the City of Yonkers, New York, DAVID
"DOE" a/k/a/ "ETHAN EDWARDS",
individually, EDMOND ROE a/k/a "MOB
BUSTER", individually, JOHN POE, individually,
WILLIAM ROE, individually, and JANET DOE,
individually,

                            Defendants.

08 Civ. 2062 (CLB)(GAY)

**STIPULATION AND ORDER**

---

    IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned attorneys for the parties to this action, as follows:

    1.    The time for Defendant Philip Amicone ("Defendant") to file an Answer to Complaint filed by Plaintiff Salim Zherka ("Plaintiff") is extended until April 4, 2008.

    2.    Facsimile signatures shall be deemed originals for purposes of this stipulation. This stipulation may be signed in counterparts.

Dated: March 21, 2008
      White Plains, New York

| LOVETT & GOULD, LLP | DELBELLO DONNELLAN WEINGARTEN |
| Attorneys for Plaintiff | WISE & WIEDERKEHR, LLP |
| | Attorneys for Defendants |

By: _____  By: _____
    Johnathan Lovett (JL 4854)             Kevin J. Plunkett (KP 3049)
    222 Bloomingdale Road                  Matthew S. Clifford (MC 1134)
    White Plains, New York 10605           1 North Lexington Avenue
    (914) 428-8401                         11th Floor
                                           White Plains, NY 10601
                                           (914) 681-0200

SO ORDERED:

_____
Hon. Charles L. Brieant, U.S.D.J.

1241076
3018996-022

2