UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELIM ZHERKA,

                  Plaintiff,

-against-

MICHAEL F. BOGDANOS, individually,
MICHAEL R. EDELMAN, a/k/a "THE
CONSULTANT", individually, PHILIP
AMICONE, individually and in his capacity as
Mayor of the City of Yonkers, New York, DAVID
"DOE" a/k/a/ "ETHAN EDWARDS",
individually, EDMOND ROE a/k/a "MOB
BUSTER", individually, JOHN POE, individually,
WILLIAM ROE, individually, and JANET DOE,
individually,

                  Defendants.

08 Civ. 2062 (CLB)(GAY)

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned attorneys for the parties to this action, as follows:

      1.    The time for Defendant Philip Amicone ("Defendant") to file an Answer to Complaint filed by Plaintiff Salim Zherka ("Plaintiff") is extended until April 4, 2008.

      2.    Facsimile signatures shall be deemed originals for purposes of this stipulation. This stipulation may be signed in counterparts.

Dated: March 21, 2008
      White Plains, New York

LOVETT & GOULD, LLP
Attorneys for Plaintiff

By: _____
Johnathan Lovett (JL 4854)
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
Attorneys for Defendants

By: _____
Kevin J. Plunkett (KP 3049)
Matthew S. Clifford (MC 1134)
1 North Lexington Avenue
11th Floor
White Plains, NY 10601
(914) 681-0200

SO ORDERED: March 24, 2008

_____
Hon. Charles L. Brieant, U.S.D.J.

2

# DelBello Donnellan Weingarten
## Wise & Wiederkehr, LLP

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

Thomas R. Beirne
Brian T. Belowich°
Richard Bemporad
Ann Farrissey Carlson°
Alfred D. DelBello
Alfred E. Donnellan†
Janet J. Giris▼
Frank J. Haupel
Paul L. Marx†
Faith G. Miller
Kevin J. Plunkett■
Patrick M. Reilly
Bradley D. Wank°
James J. Sullivan
Mark P. Weingarten°
Lee S. Wiederkehr
Peter J. Wise, AICP†

Jacob E. Amir
Stefanie A. Bashian"
Matthew S. Clifford†
Jennifer M. Jackman°
Jennifer A. Lofaro°
Susan Currie Morehouse
Perry M. Ochacher
Stephan A. Rapaglia
Bianca L. Resmini'
Michael J. Schwarz°
Daniel G. Walsh
Evan Wiederkehr
Kristen Kelley Wilson°
Heidi Winslow

Andrew J. Balint
Richard A. Katzive
Brandon R. Sall ★
Eliot M. Schuman
David R. Selznick & Co., LLP

COUNSEL

°MEMBER OF NY & CT BARS
†MEMBER OF NY & NJ BARS
♦MEMBER OF NY & DC BARS
▼MEMBER OF NY, NJ & MA BARS
■MEMBER OF NY & FL BARS
★MEMBER OF NY, NJ, CT & FL BARS

March 21, 2008

<u>Via Facsimile (914) 390-4085</u>
Hon. Charles L. Brieant
United States District Court
Southern District
300 Quarropas Street
White Plains, New York 10601

Attn: Sara

  *Re*:   Richard Blassberg v. Philip Amicone et al, Civil No. 08-1506
     Selim Zherka v. Michael Bogdonos et al., Civil No. 08-2062

Dear Judge Brieant:

  We represent the defendants in Civil No. 08-1506 and Defendant Philip Amicone in Civil No. 08-2062. Enclosed please find courtesy copies the parties' "Stipulation and Order" which were electronically filed with the Court today. These Stipulations extend the time for defendants to file an answer in each action until April 4, 2008.

  We respectfully request that the Court "So Order" the Stipulations.

Respectfully submitted,

Matthew S. Clifford

cc:   Johnathan Lovett, Esq.
   (via facsimile (914) 428-8916)

Enclosures

1241214
3018996-022

# DELBELLO DONNELLAN WEINGARTEN
# WISE & WIEDERKEHR, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914-681-0200
914-684-0288 (FAX)
E-MAIL — MSC@DDW-LAW.COM

## FACSIMILE TRANSMITTAL SHEET

| To: | From: |
|---|---|
| Hon. Charles L. Brieant | Matthew S. Clifford, Esq. |
| Company: | Date: March 21, 2008 |
| Fax Number: 914-390-4085 | Total Number of Pages Including Cover: 6 |
| Phone Number: | Sender's Reference Number: 3018996-022 |
| Re: City of Yonkers: Guardian litigation | Your Reference Number: |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY

NOTES/COMMENTS:

**PLEASE SEE THE ATTACHED CORRESPONDENCE.**

CC: JOHNATHAN LOVETT, ESQ. (914-428-8916)

The above is intended only for the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.