UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SELIM ZHERKA,

                          Plaintiff,                08 Civ. 2062 (CLB)

    -against-

MICHAEL F. BOGDANOS, individually,
MICHAEL R. EDELMAN a/k/a "THE                  **ANSWER TO COUNTER-**
CONSULTANT", individually, PHILLIP                     **CLAIM**
AMICONE, individually and in his capacity
as Mayor of the City of Yonkers, New York,
DAVID "DOE" a/k/a "ETHAN EDWARDS",
individually, EDMUND ROE a/k/a "MOB
BUSTER", individually, JOHN POE,
individually, WILLIAM ROE, individually,
and JANET DOE, individually,

                          Defendants
-----------------------------------------------------------x

       Plaintiff SELIM ZHERKA, by his attorneys Lovett & Gould, LLP, for his answer to the counterclaim interposed in Defendant Edelman's March 24, 2008, answer respectfully states:

       1. Denies paragraphs "48" and "49".

       WHEREFORE the purported counterclaim should in all respects be dismissed.

Dated: White Plains, N.Y.
       March 31, 2008

                                                  LOVETT & GOULD, LLP
                                                 Attorneys for Plaintiff
                                                 By:
                                                 Jonathan Lovett (4854)
                                                 222 Bloomingdale Road
                                                 White Plains, N.Y. 10605
                                                 914-428-8401