AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

SELIM ZHERKA,
                Plaintiff,
    -against-
MICHAEL F. BOGDANOS, individually, MICHAEL R. EDELMAN, a/k/a "THE CONSULTANT", individually, PHILIP AMICONE, individually and in his capacity as Mayor of the City of Yonkers, New York, DAVID "DOE" a/k/a/ "ETHAN EDWARDS", individually, EDMOND ROE a/k/a "MOB BUSTER", individually, JOHN POE, individually, WILLIAM ROE, individually, and JANET DOE, individually,
                Defendants

**APPEARANCE**

Case Number: 08Civ.2062(CLB)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, PHILIP AMICONE, individually and in his capacity as Mayor of the City of Yonkers, New York.

I certify that I am admitted to practice in this court.

April 4, 2008
Date

Signature

Brian T. Belowich     BB6910
Print Name     Bar Number

DelBello Donnellan -- One North Lexington Ave.
Address

White Plains, NY 10601
City     State     Zip Code

(914) 681-0200     (914) 684-0288
Phone Number     Fax Number