William D. Gallagher, Esq. (WDG 4761)
McMAHON, MARTINE & GALLAGHER, LLP
Attorneys for Defendant MICHALE EDELMAN a/k/a "The Consultant"
55 Washington Street
Brooklyn, New York 11201
(212) 747-1230

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SELIM ZHERKA,

                    Plaintiff(s),

    -against-

Michael F. Bogdanos, individually, Michael R. Edelman a/k/a
"The Consultant", individually, Phillip Amicone, individually and
in his capacity as Mayor of the City of Yonkers, New York David
"Doe" a/k/a "Ethan Edwards", individually, Edmund Roe a/k/a
"MOB Buster", individually, John Poe, individually, William Roe,
individually, and Janet Doe, individually,

                    Defendants.

Index No.: 08 CIV 2062

NOTICE
OF APPEARANCE

**PLEASE TAKE NOTICE**, that McMAHON, MARTINE & GALLAGHER, LLP has been retained as Counsel on behalf of the Defendant(s) MICHAEL EDELMAN a/k/a "The Consultant", and demand that a copy of all papers in this action be served upon the undersigned at the office and post office stated below.

Dated:    Brooklyn, New York
          April 28, 2008

Yours, etc.,

McMAHON, MARTINE & GALLAGHER, LLP

BY: _____
William D. Gallagher
Attorney(s) for Defendant
Post Office Address
55 Washington Street, 7th Floor
Brooklyn, NY 11201
(212) 747-1230
Our File No.: 799.1992

TO:    SEE ATTACHED RIDER

## RIDER

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401

\\Fs2\DATA\799\1992\Pleadings\NOTICAPP2.doc



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                              Index No.: 08 CIV 2062

SELIM ZHERKA,

                      Plaintiff(s),

-against-

Michael F. Bogdanos, individually, Michael R. Edelman a/k/a "The Consultant", individually, Phillip Amicone, individually and in his capacity as Mayor of the City of Yonkers, New York David "Doe" a/k/a "Ethan Edwards", individually, Edmund Roe a/k/a "MOB Buster", individually, John Poe, individually, William Roe, individually, and Janet Doe, individually,

                      Defendants.

## NOTICE OF APPEARANCE

### McMAHON, MARTINE & GALLAGHER, LLP
ATTORNEYS FOR DEFENDANT MICHAEL EDELMAN a/k/a "The Consultant".
55 WASHINGTON STREET, 7th FLOOR
BROOKLYN, N.Y. 11201
(212) 747-1230

All Documents Contained Herein Certified Pursuant to Rule 130 By: _____
                                                                 WILLIAM D. GALLAGHER

STATE OF NEW YORK, COUNTY OF KINGS   ss:

I, Robert Muir, being sworn, say: I am not a party to the action, am over 18 years of age and reside at 55 Washington Street, Brooklyn, NY On 4/29, 2008 I served the within NOTICE OF APPEARANCE

  X  by depositing a true copy thereof enclosed in a post-paid wrapper in an official Mail depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name: SEE ATTACHED RIDER

  ___  by delivering a true copy thereof personally to each person named below at the address of Service indicated. I knew each person served to be the person mentioned and described in said papers as a party therein;

  ___  by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorney at the address set forth after the name:

TO:  SEE ATTACHED RIDER

Sworn to before me on
29th the day of APRIL, 2008

                                                  Robert Muir

LOUIS J. MARTINE
Notary Public, State of New York
No. 02MA2561551
Qualified in New York County
Commission Expires Dec. 31, 2009