FILED ELECTRONICALLY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SELIM ZHERKA,

                                              Plaintiff,

- against -                       08 Cv. 2062 (CLB)(GAY)

MICHAEL F. BOGDANOS, individually; MICHAEL R. EDELMAN, a/k/a "THE CONSULTANT", individually; PHILIP AMICONE, individually and in his capacity as the Mayor of the City of Yonkers, New York; DAVID "DOE" a/k/a "ETHAN EDWARDS", individually; EDMOND ROE a/k/a "MOB BUSTER", individually; JOHN POE, individually, WILLIAM ROE, individually; and JANET DOE, individually,

    ECF CASE

                                            Defendants.

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

      PLEASE TAKE NOTICE that the undersigned appears herein for defendant Matthew F. Bogdanos, incorrectly named in the complaint as "Michael F. Bogdanos." It is requested that all ECF notices be forwarded to the email for the undersigned as indicated below, and that any paper not served electronically be served at the address set forth below.

Dated:  New York, New York
          May 12, 2008

                                      **ROBERT M. MORGENTHAU**
                                      District Attorney, New York County
                                      as Special Assistant Corporation Counsel
                                      One Hogan Place
                                      New York, New York 10013
                                      (212) 335-9000 (telephone)
                                      (212) 335-9288 (facsimile)

                         By: /s/ Michael S. Morgan
                            Michael S. Morgan (MM-9360)
                            Assistant District Attorney
                            Email: morganm@dany.nyc.gov

-2-

TO:    Jonathan Lovett
Attorney for Plaintiff
Lovett & Gould
222 Bloomingdale Road - Suite 305
White Plains, NY 10605

Mitchell John Baker
Attorney for Defendant Edelman
Baker, Leshko, Saline & Blosser, LLP
One North Lexington Avenue
White Plains, NY 10601-1712

William D. Gallagher
Attorney for Defendant Edelman
McMahon, Martine & Gallagher
55 Washington Street, 7th Floor
Brooklyn, NY 11201

Brian Todd Belowich
Attorney for Defendant Amicone
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
The Gateway Building,
White Plains, NY 10601

Matthew Sean Clifford
Attorney for Defendant Amicone
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
The Gateway Building,
White Plains, NY 10601

(all by ECF)

FILED ELECTRONICALLY

# United States District Court
## Southern District of New York

08 cv 2062 (CLB)(GAY)

**SELIM ZHERKA,**

*Plaintiff,*

- against -

**MICHAEL F. BOGDANOS, individually; MICHAEL R. EDELMAN, a/k/a "THE CONSULTANT", individually; PHILIP AMICONE, individually and in his capacity as the Mayor of the City of Yonkers, New York; DAVID "DOE" a/k/a "ETHAN EDWARDS", individually; EDMOND ROE a/k/a "MOB BUSTER", individually; JOHN POE, individually, WILLIAM ROE, individually; and JANET DOE, individually,**

*Defendants.*

### NOTICE OF APPEARANCE

**ROBERT M. MORGENTHAU**
District Attorney, New York County
as Special Assistant Corporation Counsel
One Hogan Place
New York, New York 10013
(212) 335-9000

By: Michael S. Morgan (MM-9360)
    Assistant District Attorney
     Of Counsel