**Filed Electronically**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SELIM ZHERKA,

                                                    Plaintiff,

                    - against -

MICHAEL F. BOGDANOS, individually; MICHAEL R. EDELMAN,
a/k/a "THE CONSULTANT", individually; PHILIP AMICONE,
individually and in his capacity as the Mayor of the City of Yonkers,
New York; DAVID "DOE" a/k/a "ETHAN EDWARDS", individually;
EDMOND ROE a/k/a "MOB BUSTER", individually; JOHN POE,
individually, WILLIAM ROE, individually; and JANET DOE,
individually,

                                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF MOTION**

08 Cv. 2062 (CLB)(GAY)

**ECF CASE**

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and on the

prior pleadings, proceedings and papers herein, the undersigned will move this Court at the United

States Courthouse, 300 Quarropas Street, White Plains, New York, on June 13, 2008, at 10:00 a.m.,

or as soon thereafter as counsel may be heard, for an order:  (1) dismissing plaintiff's claim for

injunctive relief against defendant Matthew F. Bogdanos (incorrectly identified in the complaint as

"Michael F. Bogdanos") under Younger abstention principles; and (2) dismissing plaintiff's claims

for money damages against defendant Bogdanos pursuant to Fed. R. Civ. P. 12(b)(6) or,

alternatively, staying these claims until the conclusion of the underlying state criminal proceedings.

Dated:  New York, New York
        May 12, 2008

                                        Respectfully submitted,

                                        **ROBERT M. MORGENTHAU**
                                        District Attorney, New York County
                                        as Special Assistant Corporation Counsel
                                        One Hogan Place
                                        New York, New York 10013

                                By:  /s/ Michael S. Morgan
                                        Michael S. Morgan (MM-9360)
                                        Assistant District Attorney
                                         Of Counsel

-2-

TO:     Jonathan Lovett
        Attorney for Plaintiff
        Lovett & Gould
        222 Bloomingdale Road - Suite 305
        White Plains, NY 10605

        Mitchell John Baker
        Attorney for Defendant Edelman
        Baker, Leshko, Saline & Blosser, LLP
        One North Lexington Avenue
        White Plains, NY 10601-1712

        William D. Gallagher
        Attorney for Defendant Edelman
        McMahon, Martine & Gallagher
        55 Washington Street, 7th Floor
        Brooklyn, NY 11201

        Brian Todd Belowich
        Attorney for Defendant Amicone
        DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
        One North Lexington Avenue
        The Gateway Building,
        White Plains, NY 10601

        Matthew Sean Clifford
        Attorney for Defendant Amicone
        DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
        One North Lexington Avenue
        The Gateway Building,
        White Plains, NY 10601

        (all by ECF)

*Filed Electronically*

---

# United States District Court
## Southern District of New York

**08 cv 2062 (CLB)(GAY)**

---

**SELIM ZHERKA,**

*Plaintiff,*

*- against -*

**MICHAEL F. BOGDANOS, individually; MICHAEL R. EDELMAN, a/k/a "THE CONSULTANT", individually; PHILIP AMICONE, individually and in his capacity as the Mayor of the City of Yonkers, New York; DAVID "DOE" a/k/a "ETHAN EDWARDS", individually; EDMOND ROE a/k/a "MOB BUSTER", individually; JOHN POE, individually, WILLIAM ROE, individually; and JANET DOE, individually,**

*Defendants.*

---

### NOTICE OF MOTION

---

**ROBERT M. MORGENTHAU**
**District Attorney, New York County**
**as Special Assistant Corporation Counsel**
**One Hogan Place**
**New York, New York 10013**
**(212) 335-9000**

**By: Michael S. Morgan (MM-9360)**
   **Assistant District Attorney**
    **Of Counsel**