# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+  
DRITA NICAJ+

914-428-8401  
FAX 914-428-8916

+also admitted in New Jersey

May 23, 2008

Hon. Charles L. Brieant  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, N.Y. 10601

Re: Zherka & Bogdanos, et al.  
    08 Civ 2062 (CLB)(GAY)

Dear Judge Brieant:

   Defendant Bogdanos has made a motion to dismiss the complaint in the above-referenced action. On consent of his counsel I am requesting an additional three weeks to file our opposition papers.

Respectfully,

Jonathan Lovett

JL:clp  
Cc: All counsel of record

**MEMO ENDORSED**  
Application Granted. Oral argument will be heard on July 11, 2008 @ 10:00 AM  
So Ordered  
Charles L. Brieant  
6/2/08