UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
ZHERKA

                        Plaintiff,

      - against -

BOGDANOS

                      Defendant.  
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE**

08 Civ. 2062 (CLB)(MDF)

The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____  
_____

___ Settlement*

__X__ All Purposes

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion:_____

      _____

      All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
          July 7, 2008

                                                        Charles L. Brieant  
                                                 United States District Judge