UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELIM ZHERKA,<br><br>       Plaintiff,<br><br>  - against -<br><br>MICHAEL F. BOGDANOS, individually,<br>MICHAEL R. EDELMAN, individually a/k/a "THE CONSULTANT", PHILIP AMICONE, individually and in his capacity as Mayor of the City of Yonkers, New York; DAVID "DOE" a/k/a "ETHAN EDWARDS", individually, EDMUND ROE a/k/a "MOB BUSTER", individually, et al.<br><br>       Defendants. | No. 08 Civ. 2062 (CLB)(GAY)<br><br>**AFFIDAVIT OF MARK A. FOWLER IN SUPPORT OF MOTION TO QUASH OR MODIFY SUBPOENAS DUCES TECUM** |

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK )

  MARK A. FOWLER, being duly sworn, deposes and says:

  1. I am a member of the Bar of this Court and an attorney for non-party Gannett Satellite Information Network, Inc. ("Gannett"). I make this affidavit in support of Gannett's motion to quash three subpoenas duces tecum (the "Subpoenas"), dated June 27, 2008, served upon Gannett by plaintiff Selim Zherka.

## BACKGROUND

  2. Gannett is the publisher of The Journal News, a daily newspaper that is widely distributed throughout Westchester, Bronx, New York, Putnam, and Rockland Counties, and in surrounding areas of New York and Southern Connecticut. The Journal News operates as a business division of Gannett and is not a separate entity.

1

723762_1

3. In addition to the print versions of the newspaper, The Journal News operates a website, www.lohud.com, which contains, among other things, on-line community forums on which readers may post comments regarding news, opinion, or matters of public or community interest.

4. From the complaint in this action, it appears that the plaintiff, Selim Zherka, is contending that several statements that were posted by certain visitors to the lohud.com website, who identified themselves only by the pseudonyms "Mob Buster" and "Ethan Edwards" (the "Posters"), were false and defamatory. Mr. Zherka's Subpoenas seek the disclosure of any information in Gannett's possession or control that could potentially lead, directly or indirectly, to the identification of the pseudonymous Posters.

5. *The Journal News* respectfully urges that, in light of the protection accorded to anonymous speech under the First Amendment to the United States Constitutions and under Article I, Section 8, of the New York State Constitution, the subpoenas cannot be enforced unless Mr. Zherka can first demonstrate to this Court that he has a valid claim against these Posters, and respectfully suggests that the Court apply the multi-part test set forth in *Dendrite Int'l v. Doe No. 3*, 775 A.2d 756 (N.J. Super. App. Div. 2001), *Doe I v. Individuals*, __ F. Supp. __, 2008 WL 2428206 (D.Conn. June 13, 2008), and other federal and state cases.

## THE SUBPOENAS

6. On or about June 30, 2008, a process server delivered the three Subpoenas to The Journal News's office in White Plains, New York. The Subpoenas seek "each document in your possession, custody, and/or control concerning the true

identities of the following bloggers who have made blog entries on Politics on the Hudson: "Mob Buster"; "Ethan Edwards." Notice of this subpoena to bloggers "Mob Buster" and "Ethan Edwards" is being posted on "Politics on the Hudson" to afford them an opportunity to move to quash." (Copies of the Subpoenas are annexed hereto as Exhibit "A.")

## MR. ZHERKA'S PURPORTED "NOTICE"

6. "Politics on the Hudson" it the title of a series of weblog (or "blog") entries discussing local political matters that appear on lohud.com. The blog entries themselves are written by <u>Journal News</u> reporters. However, individual visitors to website may – and frequently do – post comments of their own in response to the blog entries.

7. As indicated in the text of the subpoenas quoted above, Mr. Zherka's attorney posted a notice (the "Notice") in the comments section of one blog entry in the "Politics on Hudson" weblog forum, on or about June 27, 2008. The Notice stated:

> Notice to bloggers" Mob Buster" abd [sic] "Ethan Edwards" In Zherka v Bogdanos 08 Civ.2062 (CLB/GAY), presently pending in the United States District Court for the Southern District of New York, counsel to the Plaintiff is today issuing document production subpoenas to Lohud.com, The Journal News and Gannett NewsPapers [sic] requiring production to Plaintiff's counsel of all identifying information pertaining to these two Bloggers. If " Mob Buster " and or " Ethan Edwards " would like to challenge that subpoena they should move to quash the subpoena in the United States District Court, 300 Quarropas Street, White Plains, N.Y. 10601. The Subpoena is returnable at the law office of Lovett &amp; Gould, LLP, 222 Bloomingdale Road, White Plains, N.Y. 10605 on July 11, 2008.

(A copy of the Notice is annexed hereto as Exhibit "B.")

    7. Significantly, the Notice appeared as a comment under the <u>Journal News</u> staff-written blog entry entitled "Know Your Audience," which was seemingly unrelated to the current lawsuit or the controversies that give rise to it. Specifically, the "Know Your Audience" blog entry described a fundraising event for a Larchmont, New York, politician, who is running for state Senate. Neither the title of the blog nor its subject matter would seem to suggest to that reader that this would be a place to find discussion concerning the political controversies in Yonkers that are at the heart of this lawsuit. Prior cases involving efforts to obtain identifying information concerning anonymous internet posters have required the party seeking such information to make <u>reasonable</u> efforts to notify the posters. As a result of the curious positioning of the Notice provided by Mr. Zherka's counsel, it is not clear that the Notice was, in fact, reasonably calculated to come to the attention of the pseudonymous Posters. With each passing day, the Notice also became increasingly difficult for readers to locate (even if they were actively seeking to locate it), as subsequent blog entries pushed the "Know Your Audience" blog off of the first page of the "Politics on the Hudson" and deeper and deeper into the archive.

    8. Equally important, the Notice failed to indicate that the Posters could seek to intervene in this case <u>anonymously</u> in order to challenge the propriety of the subpoenas. <u>The Journal News</u> respectfully submits that, under the applicable case law, it is essential for the notification to make clear that persons seeking to challenge subpoenas may seek to appear anonymously. In the absence that assurance, potential intervenors may naturally fear that, in coming forward to challenge the subpoenas, they

723762_1

will inevitably be forced to give up their anonymity – thereby relinquishing the very constitutional right they would be seeking to protect.

**MR. ZHERKA'S EARLIER SUBPOENAS DIRECTED TO GANNETT**

9.  This is the second time that Mr. Zherka (for the purpose of pursing defamation claims) has sought information concerning the identity of the Posters who have used the screen names "mob buster" and "Ethan Edwards." In February of this year, Mr. Zherka's counsel served a series of virtually identical subpoenas in the related case of *Zherka v. Amicone*, 07 Civ. 9618 (S.D.N.Y) (the "Amicone Case"). The Journal News filed a motion to quash, and Mr. Zherka's counsel withdrew the subpoenas before Judge Brieant could decide the motion, acknowledging that Zherka could not demonstrate that the subpoenas had been properly served.

10. As a result of Gannett's briefing in connection with the subpoenas in the Amicone Case, counsel for Mr. Zherka was on notice as to strict test that must be satisfied under cases such as Dendrite before disclosure of potentially identifying information can be compelled, including the requirement to make reasonable efforts to notify the Posters.

**PLAINTIFF MAY HAVE ALTERNATIVE SOURCES FOR THE INFORMATION**

11. Finally, Mr. Zherka's counsel advised me in a telephone conference in early July 2008, that it was his understanding that one of the defendants in this case may know (and may even have previously disclosed) the identities of the Posters using the screen names "Mob Buster" and "Ethan Edwards." The Journal News respectfully submits that, under established First Amendment principles, Mr. Zherka

should be required, at the very least, to exhaust any alternative means of obtaining the subpoenaed information (i.e., by taking the relevant defendant's deposition) before seeking to enforce the subpoenas against Gannett.

/s/ Mark A. Fowler
MARK A. FOWLER

Sworn to before me this
25th day of July, 2008

/s/ Doreen Classi
Notary Public

DOREEN CLASSI
Notary Public, State of New York
No. 01CL4669322
Qualified in Nassau County
Commission Expires Sept. 30, 20 10

6

723762_1

# EXHIBIT A

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SELIM ZHERKA,

            Plaintiff,

   -against-

MICHAEL F. BOGDANOS, individually, MICHAEL R. EDELMAN, individually a/k/a "THE CONSULTANT", PHILIP AMICONE, individually and in his capacity as Mayor of the City of Yonkers, New York; DAVID "DOE" a/k/a "ETHAN EDWARDS", individually, EDMUND ROE a/k/a "MOB BUSTER", individually, et. al,

            Defendants.

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 08 Civ. 2062 (CLB)

TO: LoHud.com
    One Gannett Drive
    White Plains, New York

YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, data and time specified below (list documents or objects): Each document in your possession, custody and/or control concerning the true identities of the following bloggers who have made blog entries on Politics on the Hudson: "Mob Buster"; "Ethan Edwards". Notice of this subpoena to bloggers "Mob Buster" and "Ethan Edwards" is being posted on "Politics on the Hudson" to afford them an opportunity to move to quash.

| PLACE | DATE AND TIME |
| --- | --- |
| Lovett & Gould, LLP, 222 Bloomingdale Road, White Plains, New York 10605 | July 11, 2008 @ 10:00 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE - ATTORNEY FOR PLAINTIFF | DATE |
| --- | --- |
| *[signature]* (4854) | June 27, 2008 |

ISSUING OFFICER 'S NAME, ADDRESS AND PHONE NUMBER
Jonathan Lovett, Esq. (4854)
Lovett & Gould, LLP, 222 Bloomingdale Road, White Plains, New York 10605, (914) 428-8401

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

SELIM ZHERKA,                                             SUBPOENA IN A CIVIL CASE

          Plaintiff,

   -against-                                         CASE NUMBER: 08 Civ. 2062 (CLB)

MICHAEL F. BOGDANOS, individually, MICHAEL R.
EDELMAN, individually a/k/a "THE CONSULTANT",
PHILIP AMICONE, individually and in his
capacity as Mayor of the City of Yonkers, New
York; DAVID "DOE" a/k/a "ETHAN EDWARDS",
individually, EDMUND ROE a/k/a "MOB BUSTER",
individually, et. al,

          Defendants.


TO:   Gannett Suburban Newspapers
      One Gannett Drive
      White Plains, New York                              JUN 30 PM 12:59

YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects): Each document in your possession, custody and/or control concerning the true identities of the following bloggers who have made blog entries on Politics on the Hudson: "Mob Buster"; "Ethan Edwards". Notice of this subpoena to bloggers "Mob Buster" and "Ethan Edwards" is being posted on "Politics on the Hudson" to afford them an opportunity to move to quash.

| PLACE | DATE AND TIME |
|---|---|
| Lovett & Gould, LLP, 222 Bloomingdale Road, White Plains, New York 10605 | July 11, 2008 @ 10:00 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE - ATTORNEY FOR PLAINTIFF | DATE |
|---|---|
| [signature] (4854) | June 27, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Jonathan Lovett, Esq. (4854)
Lovett & Gould, LLP, 222 Bloomingdale Road, White Plains, New York 10605, (914) 428-8401

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SELIM ZHERKA,

              Plaintiff,

    -against-

MICHAEL F. BOGDANOS, individually, MICHAEL R.
EDELMAN, individually a/k/a "THE CONSULTANT",
PHILIP AMICONE, individually and in his
capacity as Mayor of the City of Yonkers, New
York; DAVID "DOE" a/k/a "ETHAN EDWARDS",
individually, EDMUND ROE a/k/a "MOB BUSTER",
individually, et. al,

              Defendants.

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 08 Civ. 2062 (CLB)

TO: The Journal News
     One Gannett Drive
     White Plains, New York

JUN 30 PM 12:59

YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects): Each document in your possession, custody and/or control concerning the true identities of the following bloggers who have made blog entries on Politics on the Hudson: "Mob Buster"; "Ethan Edwards". Notice of this subpoena to bloggers "Mob Buster" and "Ethan Edwards" is being posted on "Politics on the Hudson" to afford them an opportunity to move to quash.

| PLACE | DATE AND TIME |
| --- | --- |
| Lovett & Gould, LLP, 222 Bloomingdale Road, White Plains, New York 10605 | July 11, 2008 @ 10:00 a.m. |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE - ATTORNEY FOR PLAINTIFF | DATE |
| --- | --- |
| [signature] (4854) | June 27, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jonathan Lovett, Esq. (4854)
Lovett & Gould, LLP, 222 Bloomingdale Road, White Plains, New York 10605, (914) 428-8401

TOTAL P.04

# EXHIBIT B

Other editions: Mobile | News Feeds | E-Newsletters                    Find it: Jobs | Cars | Real Estate | Apa

LoHud.com
New York's Lower Hudson Valley

All    Local News    Calendar    Jobs    More »

SEARCH ALL                                                              

| HOME | NEWS | SPORTS | ENTERTAINMENT | LIFE & STYLE | HOMETOWNS | MULTIMEDIA | OPINION | OBITUARIES | BUY, SELL & SHOP |

Westchester    Rockland    Putnam    New York    Business    Crime    Politics    Education    Environment    World/Nation

# Politics on the Hudson

| **10 Rules of Flat Stomach** | **Monetize Blog** |
|---|---|
| Cut Off 9 lbs of Stomach Fat every 11 Days by Obeying these 10 Rules. | Have a blog? Earn revenue from relevant ads - Try Google AdSense |

« McCain: First the Moon, Now Energy Independence
Biagi tosses hat in ring »

## Know your audience

June 27

Larchmont Mayor Liz Feld, who is running for state Senate, has been slamming Albany pols lately. But she toned it down a bit Thursday night wh Skelos and outgoing Senate President Joseph Bruno came to town for a fundraiser for her GOP campaign. Bill O'Reilly, who is handling press for Download:



7/23/2008 http://polhudson.lohudblogs.com/2008/06/27/know-your-audience/



We're told she raised over $100,000 at the event.

This entry was posted on Friday, June 27th, 2008 at 12:06 pm by Liz Anderson.
You can follow any responses to this entry through the RSS 2.0 feed.
Share and Enjoy: ▪️ 🔗 📘 😀 Ⓖ 🔵 🔲 Ⓨ | 🖨 | 📧 Email This

Advertisement

## 22 Responses To "Know Your Audience"

1. Patriot June 27th, 2008 at 12:42 pm

   Way to rip off Liz Benjamin at the Daily Politics blog of the Daily News, who posted this same item in quite similar verbiage, an hour earlie

2. Liz Anderson June 27th, 2008 at 1:06 pm

   As said in the post, the campaign sent this to the press. It's **their** video. So if bloggers are taking this from anyone, it's from the campaign

   For a peek behind the curtain, here's the email from O'Reilly:

   Good morning.

   Thought you might be interested in this.

   Dean Skelos and Joe Bruno traveled to Westchester County last night (Thursday) to stop in at a fundraiser for Mayor Liz Feld® who is rur Westchester's 37th District. It was hosted by Jim Millstein, Chairman of Democrats for Feld. The event raised about $100,000.

   As you know, Mayor Feld has been unreservedly critical in recent weeks of Republicans and Democrats in Albany, including the Republic not working to pass a 4% cap on local spending, which would provide property tax relief, a top Westchester priority.

   So when Mayor Feld was making her remarks, with the new and former Majority Leader in the room, there was a funny moment. It's captu

   Thought you might want it.

   Best,

   Bill

3. Walter June 27th, 2008 at 1:09 pm

   Feld has been great on this issue. She really hit her own party on it and now they're sponsoring the tax cap.

4. the consultant June 27th, 2008 at 1:30 pm

    Oppenheimer has never had a true challenge…and in light of the rising property taxes in westchester even many who are considered upper income and who live in the oppenheimer senate district…are taking a good hard look at why they are being penalized for having a democratic senator…Liz has an excellent chance of winning the seat this year

5. Tim Hays June 27th, 2008 at 2:05 pm

    Sen. Oppenheimer is a real graybeard, and her husband is one step ahead of the US Attorney.

    Get rid of these people: they are corrupt.

6. sam zherka June 27th, 2008 at 3:46 pm

    Notice to blogger "Mob Buster" and "Ethan Edwards": In Zherka v. Bogdanos, 08 civ.2062 (CLB/GAY) presently pending in the United Sta Southern District of New York, counsel for the Plaintiff is today issuing document production subpoenas to Lohud.com, the Journal News Papers requiring production to the Plaintiffs counsel of all identifying information pertaining to these two bloggers. If "Mob Buster" and or " challenge that subpoena in the United States District Court, 300 Quaroppas Street, White Plains , N.Y. 10601. The Subpeona is returnabl Gould, LLP, 222 Bloomingdale Road, White Plains, N.Y. 10605 on July 11, 2008

7. sam zherka June 27th, 2008 at 3:49 pm

    "Mob Buster" and "Ethan Edwards" can move to quash the Subpoenas in the United State District Court, 300 Quarropas Street, White Pla

8. sam zherka June 27th, 2008 at 3:58 pm

    Notice to bloggers" Mob Buster" abd "Ethan Edwards" In Zherka v Bogdanos 08 Civ.2062 (CLB/GAY), presently pending in the United Sta Southern District of New York, counsel to the Plaintiff is today issuing document production subpoenas to Lohud.com, The Journal News requiring production to Plaintiff's counsel of all identifying information pertaining to these two Bloggers. If " Mob Buster " and or " Ethan Ed that subpoena they should move to quash the subpoena in the United States District Court, 300 Quarropas Street, White Plains, N.Y. 106 at the law office of Lovett & Gould, LLP, 222 Bloomingdale Road, White Plains, N.Y. 10605 on July 11, 2008.

9. WaltTrombone June 27th, 2008 at 4:16 pm

    Hmmm, now we have legal notices here, too?

    BTW, hi to the other Walter!

10. the consultant June 27th, 2008 at 4:46 pm

    I am personally glad that the blogging entries on loHud will now be available for all to see….because then it will be clear that the allegations of what the consultant allegedly said in the papers filed by Lovett were never uttered by the consultant….although other bloggers did say things that were offensive to sam zherka… however once the identities of all the bloggers are known ..the statements made by each one will be obvious and there will be no ability to attribute a statement by one to anyone else….the best thing that could happen….as far as the consultant is concerned..In fact for anyone who wants copies of the archives please inform the consultant and you too will get all the entries so you can see for yourself who said what…

11. the consultant June 27th, 2008 at 4:56 pm

    by the way…the revelation of the names of the bloggers has nothing to do with the fact that the manhattan

county da is apparently ,(according to the papers filed
by zherka) conducting a criminal investigation which
zherka believes is aimed at him....why ..who knows..
but remember the allegation that all those bloggers
supplied information to the manhattan da..which
CAUSED HIM TO LAUNCH HIS INVESTIGATION..the answer
of the da stated categorically that there
WAS NO PRIOR RELATIONSHIP WITH ANY OF THE BLOGGERS
IE A CONSPIRACY COULD NOT HAVE EXISTED....

12. **Tim Hays** June 27th, 2008 at 5:57 pm

    Oh: this is really getting fun!

    I like that Mr. Zherka is brave and using his name here (as I do).

    Mr. Sam: we are NEVER threatened by free speech: that which you righteously use in your weekly newspaper. (Disclosure: I have been i
    1974, and founded and was ed and pub of a basketball newspaper; then, spent a career at the old LA Herald Examiner and LA Times.)

    I shall defend your right to publish—to my grave. It's my reason for loving our United States of America, the most righteous nation in the h

    I admire your successful launch of The Guardian, even though you've pissed off a bunch of friends of mine.

    But, Mr. Zherka: we will never be threatened by the free speech of others, even if anonymous, even if it hurts us. It's the cost of living in a

    Faithfully,

    Tim

13. **henry** June 27th, 2008 at 6:01 pm

    I hear that Lohud already Identified the ID of Mike Edelman as the consultant. As far as the defamation and slander of Zherka, I remembe
    defamatory blogs made by the Consultant aka Mike Edelman. This guy has alot of problems. Big Problems.

14. **the consultant** June 27th, 2008 at 6:24 pm

    henry ..you don't remember anything..i have all the blog
    entries..and other than discussing the amount of money
    zherka gave to robertson..there were no statements
    that were remotely slanderous....and when the blogs
    are made public you and all the rest of the zherka
    fans who think they know what was said and who said
    it will crawl back under the rocks they came from...
    you see my attorneys and I did the research...we
    have the blogs....that is not to say that others
    said things about zherka ..but the consultant did
    not...so your memory sucks

15. **Tim Hays** June 27th, 2008 at 6:29 pm

    "henry"? what a half-a-man pussy he is, albeit articulate, talking about "outing" others in anonymity. I mean, "henry"—can you live with yot

    Try to be brave, "henry"

16. **the consultant** June 27th, 2008 at 6:30 pm

    and for the law firm of lovett and gould to announce
    to the press before they filed the lawsuit that
    the consultant made certain statements not backed
    up by the record violates a number of ethics
    dr's and I will be filing grievances against the entire
    firm....as well as counterclaims for defamation against
    sam zherka..because recklessness in what you say
    is punishable...and then you can all sit back and
    scratch your heads and say.....what happened!..but
    i can tell you what happened..the attorney didn't

do his homework..he apparently took at face value
what either richard blassberg or sam zherka told him
was in the blogs..as it turns out ...that is not
the case...so who pays me for the damage done
to my reputation....henry now that the blogs are
subject to subpoena maybe you should come forward
and tell us what you read and where....because
your statement may constitute defamation..in fact
i intend to instruct my family lawyers to seek your
name and take your depostion because your statemnt
that the consultant aka mike edelman made defamatory
remarks is in itself defamatory if not true

17. **the consultant** June 27th, 2008 at 6:39 pm

   tim..are we on the same page here..I join in the
   application of zherka to release all of the information
   on the bloggers…because I know what I said and when
   I said it…you have guys like henry who make generic
   accusations about what he says he remembers reading
   on the blogs…who the hell can remember anything
   that was said or who said it almost a year ago..
   point is that if bloggers names are going to be
   released.than accusations of defamatory conduct
   are subject to scrutiny..so unless people have
   specific information about what was said in front
   of them..a generalized statement that someone made
   a defamatory statement and has "big problems" is
   in itself defamatory

18. **Tim Hays** June 27th, 2008 at 6:46 pm

   I want to go to law school, and graduate, pass the bar, then practice with my hero: "consultant." But, he'll be in Florida in retirement by the

   I really admire "consultant."

   He is one of the wisest, smartest, most intelligent humans I have ever known.

   His identity remains secret. ;>

19. **Tim Hays** June 27th, 2008 at 6:49 pm

   Mike: we are on the same page, at all times, always.

   Tim

20. **the consultant** June 27th, 2008 at 6:50 pm

   cool beans..you can practice with me anytime..maybe
   we will get it right at last….in the meantime I am
   under intense attack..from mr zherka…for things
   not said by me on this blog…I invite you over
   for a martini to review all of the blog entries
   in and around the dates mentioned in the lawsuit
   and you can see for yourself as a top journalist
   and author that there were no statements by me
   and you have my personal word on this …about
   sam zherka other than that he was a major
   robertson contributor in the last election…
   it was political not personal..and in fact all
   the other bloggers who were alleging that he
   was some sort of mobster etc....were not the consultant
   but interstingly enough the lawuit interrogatories
   wants to see who the consultant was consulting for
   that sounds more like a worried man..who wants to
   intimidate the consultant from representing clients
   because he wins most of the time..especially against
   tony castro…2-0…

21. the consultant June 27th, 2008 at 6:54 pm

    Tim call me the week after next…lunch at the club there are a number of items I want to discuss….

    as always mre

22. Tim Hays June 27th, 2008 at 8:51 pm

    consultant: will call you.

    Mr. Sam: stop breaking unnecessary balls. Really. Sam (and Richard): you guys are on the right track (except with Janet), even if you alie when I hate you.

    We keep freedom of speech and expression legal. Until the libel judgment comes in. ;>

    Laughs.

    Tim

# Leave A Reply

It is a condition of your use of the comment features associated with the blogs that you do not: Use the site to post or transmit any unlawful, threa defamatory, obscene, vulgar, pornographic, profane or indecent information of any kind, including without limitation any transmissions constituting would constitute a criminal offense, give rise to civil liability or otherwise violate any local, state, national or international law. You alone are respo or send. Refer to the Terms of Service.

Name (required)

Mail (will not be published) (required)

Website

[ Submit Comment ]

About this blog
   Politics on the Hudson, from The Journal News/LoHud.com, is your online source for up-to-the-minute political news, insight and dish in th New York state. Contributors to the blog include reporters and editors from Westchester, Rockland and Putnam counties, as well as Albar

Subscribe
   Subscribe to this blog | (What is this?)
   Politics on the Hudson Podcast

   **Daily Blog Email Updates**

   Enter your email address

   [ Subscribe ]

The Authors

7/23/2008 http://polhudson.lohudblogs.com/2008/06/27/know-your-audience/

- Liz Anderson
- Heather Salk
- Susan Elan
- Jay Gallagher
- Len Maniace
- Cara Matthews
- Sarah Netter
- Mike Risinit
- Brian Tumulty
- Gerald McKinstry
- Joseph Spector

SMS Text Alerts



жant to be the first to learn about breaking local political news? Subscribe to the new text alerts from Politics on the Hudson.

Enter your phone number:

Continue

Sponsor This Blog    Advertisement

Other recent entries
- Are those property-taxed slopes you're skiing on?
- Ball, Degnan Battle At Debate Over Military Records
- Paterson Talks Spending, Says He Gets Along With Everyone
- Harris Poll: Obama Has Nine-Point Lead Over McCain
- The New Three Men In A Room
- Live From Albany –July 18, 2008
- Paterson: Mets Have Better Chance At World Series Ring
- Going Out With A Bus Tour (Updated)
- Paterson On NPR
- The Naming Of An Accidental Governor

Links
- Albany Watch (from LoHud.com)
- Capitol Confidential
- City Room
- The Caucus (NYT)
- The Daily Politics
- The Empire Page
- The Politicker

Recent Comments
- **Zherka sues again; This time it's DA DiFiore (455)**
  - the consultant's skimobile: no question that zherka is a thin skined wanabe journalist who has no problem alleging...
  - The Consultant's Unicycle: Ottinger was in a state court with a judge connected to Zherka — a judge whose...
  - the consultant's hairstylist: you are probably right..hezi should not give up any information except that the...
  - The Consultant's '43 Roadster: First, I don't think the Tribune would have surrendered that information to...
  - the consultant's great aunt: not only by zherka..but his attorney has an ethical obligation to fact check ANY...
- **Gouldman on energy conservation** (1)
  - Jack: Great idea
- **School union weighs in on tax cap** (1)
  - Circuit Breaker a Bad Idea: Isn't the Circuit Breaker bill the one that Assemblywoman Sandra Galef proposed....
- **The New Three Men In A Room** (7)
  - ed1: Interesting that the gov puts a dollar value on "joining the club." He's been, for many years,...
- **Bush Signs Bill Honoring Russert** (1)
  - Jim Kelly - NY Conservative Campaigns: As a season ticket holder of the Buffalo Bills, I will be riding this road...
- **Southeast supervisor candidate charged with DWI (21)**

- Here we go again!: Another year, another DWI

Advertisement

**Recently Updated LoHud Blogs**
- Business in the Burbs
- Blogging Religiously
- Lax to the Max
- Knicks Knacks
- Suburbarazzi
- The LoHud Mets Podcast
- Politics on the Hudson
- In the Garden
- Jets Journal
- To Your Health

**Monthly Archives**
- July 2008
- June 2008
- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007
- October 2007

Search this blog [Go]

    

Partners: Jobs: CareerBuilder.com   Cars: Cars.com   Apartments: Apartments.com   Shopping: ShopLocal.com

Home | News | Sports | Entertainment | Life & Style | Hometowns | Multimedia | Opinion | Obituaries | Buy, Sell & Shop | Customer Service | Site Ma

Terms of Service | Privacy Policy | Contact Us | About Us | Work for Us | Subscribe
Copyright ©2007 The Journal News, a Gannett Co. Inc. newspaper serving Westchester, Rockland and Putnam counties in New York.