William D. Gallagher, Esq. (WDG 4761)
McMAHON, MARTINE & GALLAGHER, LLP
Attorneys for Defendant MICHALE EDELMAN a/k/a "The Consultant"
55 Washington Street
Brooklyn, New York 11201
(212) 747-1230

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**                                    Index No.: 08 CIV 2062

SELIM ZHERKA,

                              Plaintiffs,

                                                        **CONSENT TO CHANGE
                                                        ATTORNEY**

                        -against-

Michael F. Bogdanos, individually, Michael R. Edelman a/k/a
"The Consultant", individually, Phillip Amicone, individually and
in his capacity as Mayor of the City of Yonkers, New York David
"Doe" a/k/a "Ethan Edwards", individually, Edmund Roe a/k/a
"MOB Buster", individually, John Poe, individually, William
Roe, individually, and Janet Doe, individually,

                              Defendants.

      **IT IS HEREBY CONSENTED** that the attorney of record for the Defendant(s),

MICHAEL EDELMAN a/k/a "The Consultant", be changed, and that McMAHON,

MARTINE & GALLAGHER, LLP of 55 Washington Street, Brooklyn, New York 11201, be

substituted as attorneys for defendant in the above entitled action, in place and stead of Baker,

Leshko, Saline & Blosser, LLP, One North Lexington Avenue, White Plains, NY 10601

Attn: Mitchell J. Baker, Esq.

Dated: Brooklyn, New York
April 28, 2008

        McMAHON, MARTINE & GALLAGHER, LLP
        INCOMING ATTORNEYS

By: _____
        William D. Gallagher (4761)


BAKER, LESHKO, SALINE & BLOSSER, LLP

By: _____
        Mitchell J. Baker (4339)
One North Lexington Avenue
White Plains, NY 10601
OUTGOING ATTORNEYS

_____
Michael R. Edelman, Esq.


STATE OF NEW YORK    )
        ) ss.:
COUNTY OF WESTCHESTER)

On the 6th day of May, 2008, before me personally came Michael Edelman, to me known, who, being by me duly sworn, did depose and say that he resides at (office) One North Lexington Avenue - Penthouse, White Plains, New York 10606; that he signed his name thereto by like order.

        _____
        Notary Public

\\Fs2\DATA\799\1992\Pleadings\CON-CHA.doc

MICHAEL L. TAUB
Notary Public, State of New York
No. 02TA4806221
Qualified in Westchester County
Commission Expires July 31, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                  Index No.: 08 CIV 2062

SELIM ZHERKA,

                              Plaintiff(s),

    -against-

Michael F. Bogdanos, individually, Michael R. Edelman a/k/a "The Consultant", individually, Phillip Amicone, individually and in his capacity as Mayor of the City of Yonkers, New York David "Doe" a/k/a "Ethan Edwards", individually, Edmund Roe a/k/a "MOB Buster", individually, John Poe, individually, William Roe, individually, and Janet Doe, individually,

                              Defendants.

## CONSENT TO CHANGE ATTORNEY

## McMAHON, MARTINE & GALLAGHER, LLP
ATTORNEYS FOR DEFENDANT MICHAEL EDELMAN a/k/a "The Consultant".
55 WASHINGTON STREET, 7TH FLOOR
BROOKLYN, N.Y. 11201
(212) 747-1230

All Documents Contained Herein Certified Pursuant to Rule 130 By: _____
                                                                  WILLIAM D. GALLAGHER

**STATE OF NEW YORK, COUNTY OF KINGS** ss:   (If more than one box check - Indicate after names type of service used)

I, **Robert Muir**, being sworn, say: I am not a party to the action, am over 18 years of age and reside at **55 Washington Street, Brooklyn, NY** On _____, 2008 I served the within **CONSENT TO CHANGE ATTORNEY**

  X    by depositing a true copy thereof enclosed in a post-paid wrapper in an official Mail depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name: SEE ATTACHED RIDER

  ____ by delivering a true copy thereof personally to each person named below at the address of Service indicated. I knew each person served to be the person mentioned and described in said papers as a party therein:

  ____ by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorney at the address set forth after the name:

**TO: SEE ATTACHED RIDER**

Sworn to before me on
   the day of          , 2008             _____
                                           Robert Muir

William D. Gallagher, Esq. (WDG 4761)
McMAHON, MARTINE & GALLAGHER, LLP
Attorneys for Defendant MICHALE EDELMAN a/k/a "The Consultant"
55 Washington Street
Brooklyn, New York 11201
(212) 747-1230

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.: 08 CIV 2062

-----------------------------------------------------------------x

SELIM ZHERKA,

                 Plaintiff(s),

**NOTICE OF APPEARANCE**

-against-

Michael F. Bogdanos, individually, Michael R. Edelman a/k/a "The Consultant", individually, Phillip Amicone, individually and in his capacity as Mayor of the City of Yonkers, New York David "Doe" a/k/a "Ethan Edwards", individually, Edmund Roe a/k/a "MOB Buster", individually, John Poe, individually, William Roe, individually, and Janet Doe, individually,

                 Defendants.

**PLEASE TAKE NOTICE**, that McMAHON, MARTINE & GALLAGHER, LLP has been retained as Counsel on behalf of the Defendant(s) MICHAEL EDELMAN a/k/a "The Consultant", and demand that a copy of all papers in this action be served upon the undersigned at the office and post office stated below.

Dated:     Brooklyn, New York
           April 28, 2008

Yours, etc.,

McMAHON, MARTINE & GALLAGHER, LLP

BY: _____
     William D. Gallagher
     Attorney(s) for Defendant
     Post Office Address
     55 Washington Street, 7th Floor
     Brooklyn, NY 11201
     (212) 747-1230
     Our File No.: 799.1992

TO:    SEE ATTACHED RIDER

## RIDER

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, NY  10605
(914) 428-8401

\\Fs2\DATA\799\1992\Pleadings\NOTICAPP2.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    Index No.: 08 CIV 2062

SELIM ZHERKA,

                          Plaintiff(s),

-against-

Michael F. Bogdanos, individually, Michael R. Edelman a/k/a "The Consultant", individually, Phillip Amicone, individually and in his capacity as Mayor of the City of Yonkers, New York David "Doe" a/k/a "Ethan Edwards", individually, Edmund Roe a/k/a "MOB Buster", individually, John Poe, individually, William Roe, individually, and Janet Doe, individually,

                          Defendants.

## NOTICE OF APPEARANCE

## McMAHON, MARTINE & GALLAGHER, LLP
ATTORNEYS FOR DEFENDANT MICHAEL EDELMAN a/k/a "The Consultant".
**55 WASHINGTON STREET, 7TH FLOOR**
**BROOKLYN, N.Y. 11201**
**(212) 747-1230**

All Documents Contained Herein Certified Pursuant to Rule 130 By: _____
                                                            WILLIAM D. GALLAGHER

**STATE OF NEW YORK, COUNTY OF KINGS**    SS:   (If more than one box check - indicate after names type of service used)

I, Robert Muir, being sworn, say: I am not a party to the action, am over 18 years of age and reside at 55 Washington Street, Brooklyn, NY On _____, 2008 I served the within **NOTICE OF APPEARANCE**

  X  by depositing a true copy thereof enclosed in a post-paid wrapper in an official Mail depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name: SEE ATTACHED RIDER

_____ by delivering a true copy thereof personally to each person named below at the address of Service indicated. I knew each person served to be the person mentioned and described in said papers as a party therein:

_____ by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorney at the address set forth after the name:

**TO: SEE ATTACHED RIDER**

Sworn to before me on
___ the day of _____, 2008

                                                   Robert Muir
                                                 LOUIS J. MARTINE
                                                 Notary Public, State of New York
                                                 No. 02MA2501551
                                                 Qualified in New York County
                                                 Commission Expires Dec. 31, 2009