UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SELIM ZHERKA,

                        Plaintiff,        08 Civ 2062 (CLB)(GAY)

    -against-

MICHAEL F. BOGDANOS, individually,
MICHAEL R. EDELMAN a/k/a "THE
CONSULTANT", individually, PHILLIP        AFFIRMATION IN OPPOSI-
AMICONE, individually and in his capacity     TION TO MOTION TO
as Mayor of the City of Yonkers, New York,    QUASH
DAVID "DOE" a/k/a "ETHAN EDWARDS",
individually, EDMUND ROE a/k/a "MOB
BUSTER", individually, JOHN POE,
individually, WILLIAM ROE, individually,
and JANET DOE, individually,

Defendants

------------------------------------------------------------x

      JONATHAN LOVETT, an attorney duly admitted to practice before this Court and the courts of the State of New York, hereby affirms that the following statement is true:

      1. I am counsel to Plaintiff and submit this affirmation in opposition to Gannett's motion to quash subpoenas seeking the identification of persons who, as related in the complaint, were allowed by Gannett to publish on a blog *per se* defamatory statements regarding the Plaintiff.

      2. According to Mark Fowler (Affidavit at 11) Plaintiff "may have alternative sources for the information" sought by the at-issue subpoena. That theoretic possibility is premised upon a misapprehension by him of a comment that your affirmant made with reference to a blog posting made by Defendant Edelman. The posting that I referenced to Mr. Fowler did not reveal the actual identities of the at issue anonymous bloggers.

3. For the reasons set forth in the accompanying memorandum of law the motion to quash should be denied.

WHEREFORE an order should be entered denying the motion to quash.

Dated: White Plains, N.Y.
August 4, 2008

_____
Jonathan Lovett (4854)

2