UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SELIM ZHERKA,

                              Plaintiff,

-against-

MICHAEL F. BOGDANOS, individually,
MICHAEL R. EDELMAN a/k/a "THE
CONSULTANT", individually, PHILLIP
AMICONE, individually and in his capacity
as Mayor of the City of Yonkers, New York,
DAVID "DOE" a/k/a "ETHAN EDWARDS",
individually, EDMUND ROE a/k/a "MOB
BUSTER", individually, JOHN POE,
individually, WILLIAM ROE, individually,
and JANET DOE, individually,

                              Defendants
------------------------------------------------------------x

08 Civ. 2062 (CS)

AFFIDAVIT IN OPPOSITION
TO EDELMAN MOTION
FOR SUMMARY JUDGMENT

STATE OF NEW YORK    )
                             )ss.:
COUNTY OF WESTCHESTER)

SELIM ZHERKA, being duly sworn, deposes and says:

1. I am the Plaintiff herein and submit this affidavit in opposition to the motion of Defendant Michael Edelman for summary judgment.

2. In or about the fall of 2007 I accessed and downloaded from polhudson.lohudblogs.com the attached blog entries which in part are the predicate for allegations regarding Defendant Edelman as contained in the (second) paragraph "5" in my complaint in this action. At no time did I use and/or reference an anonymous blog posting from The Yonkers Tribune with respect to my complaint in this action.

3. I have read Defendant Edelman's August 11, 2008, declaration in which he swears, at paragraph "29", that he has "reviewed all postings on "lowhudblog.com"

1

(emphasis added) with respect to Yonkers Political Matters and plaintiff for the period October 3, 2007 through October 9, 2007 and there is no such statement posted [the one referenced in the said, second paragraph "5" in my complaint] by me [Edelman] or any other person". That sworn statement, as made by Defendant Edelman, is apparently calculatedly false since the at issue blog posting is annexed to this affidavit. Presumably for that reason Defendant Edelman references "lo<u>w</u>hudblog.com" (emphasis added), when in fact the blog is "polhudson.lohudblogs.com" as indicated on the annexed entries.

    4. At no time prior or subsequent to THE CONSULTANT's publication on October 3, 2007, of the *per se* defamatory statement referenced in the second paragraph "5" of my complaint have I ever: i) invited public attention, much less successfully done so, to my views with respect to Albanians, Albanian organized crime and/or criminals, Albanian crime kingpins, federal (supposed) protection of me, interactions supposedly between the "mafia" and me, money laundering, ill gotten strip club cash, my wife and/or any supposed tax fraud arrest and/or imprisonment, providing information on organized crime families to anyone much less the "feds", Muslim Albanians, divorce, my sister, or opening strip clubs in the City of Yonkers, or any other subject referenced in the at issue, annexed blog posting; ii) voluntarily injected myself into a public controversy regarding the subjects and/or any of the subjects referenced in paragraph "4(i)" *supra*; iii) assumed a position of prominence in a and/or any public controversy regarding the and/or any of the subjects referenced in paragraph "4(i)", *supra*; and/or iv) maintained regular and continuing access to the media regarding the and/or any of the subjects referenced in paragraph "4(i)", *supra*.

2

WHEREFORE the motion for judgment should in all respects be denied.

_____
Selim Zherka

Sworn to before me this
20th day of August, 2008

_____
Notary Public

LISA M. SUMMA
Notary Public, State of New York
No. 01SU6088151
Qualified in Westchester County
Commission Expires March 3, 2011

JONATHAN LOVETT
Notary Public, State of New York
No. 4686713
Qualified in Westchester County
Commission Expires November 30, 20 10

3

About Us   Customer Service   Subscribe Now   Adv
Home  Weather  Calendar  Jobs  Cars  Homes  Classi
Search the Lower Hudson area: All

# Politics on the Hudson

« Davis files campaign complaint
Support for Spitzer's DMV proposal »

### Jacono appears likely GOP chair in Yonkers

There's a new favorite for Yonkers Republican Party chairman. Though early odds were on Steve Levy and Justin Tubiolo, the outgoing chairman says the favorite at tonight's party meeting is now John Jacono, the GOP's previous chairman.

Zehy Jereis, who succeeded Jacono as chairman in 2003, says Levy and Tubiolo have told him they are no longer interested in the job. Levy's and Tubiolo's lack of interest Jereis said, follows their conversations with Yonkers Mayor Phil Amicone.
But a word of warning is in place here. Jereis has his differences with Amicone — particularly after the mayor called for Jereis to resign after the party chairman was named in a federal investigation that appears related to an earlier subpoena for information from the City Council.

Reached for comment on Jereis' claim, Amicone spokesman David Simpson said the mayor is "leaving it in the hands of the Republican leaders."

Jereis is no fan of Jacono, either. He says Jacono failed to find Republicans in 2003 to challenge Democratic candidates for City Council in the 1st, 2nd and 3rd districts. Though those districts normally go Democratic, Jereis said a party chairman should not allow the opposition to get a free ride.

This entry was posted on Wednesday, October 3rd, 2007 at 2:15 pm by Len Maniace.
You can follow any responses to this entry through the RSS 2.0 feed.
Share and Enjoy: ... | Print This | Email This

### 17 Responses to "Jacono appears likely GOP chair in Yonkers"

1. the consultant October 3rd, 2007 at 2:23 pm

   following up on jereis critique of mr jacono
   the party shouldn't give the opposition a free ride
   how does he square that with abandoning both his
   mayoral and 5th council district candidate john
   murtaugh to support jodi mosiello...it doesn;t
   pass the smell test. john jacono is a gentleman
   that is all that is required

2. Ethan Edwards October 3rd, 2007 at 2:57 pm

   That word of warning in this item is called for.

   Frankly, I wouldn't believe Jereis if he told
   me the 10 o'clock news came on at 10 o'clock.

   If Jacono turns out to be the choice, OK.
   AABJ....Almost Anybody but Jereis.

3. Yonkers Voter October 3rd, 2007 at 3:29 pm

   It should be Levy!!!!!

4. Yonkers Voter October 3rd, 2007 at 3:35 pm

   "a gentlemen is all that is required"

   are you kidding me???? what happened to having a leader who groom good gop candidates for elected office????

5. the consultant October 3rd, 2007 at 4:48 pm

   yes but in addition to being a political strategist
   and insider..the choice must be a credible spokesman
   ie a gentleman...capice?
   and to the poster who posted the following
   The posters are right about Sam Zherka. His brother Ali has been arrested for assault and rape in the past, was involved in the SCORES murders and fled the country, and is now indicted as part of a federal RICO investigation involving Albanian organized crime. But Sam Zherka is the kingpin who runs this group. Ask the feds, who have been protecting him for years in exchange for info on other organized crime families. Sam Zherka and his gang went in and threw the mafia out of the VIP strip club on W. 20th street about a decade ago, and still run it today along with various other clubs, diners, bakeries – anywhere they can launder their ill gotten strip club cash from the IRS. They're pretty feared, as muslim albanians go. His wife took a tax fraud arrest for him and went to federal prison for him. How did Sam repay her? By divorcing her. His sister has also been arrested. The poster is also right in the reason for the Robertson-Zherka unholy alliance. Zherka wants to open strip clubs around Yonkers Raceway. He supported former Yonkers Mayor Zaleski for the same reason. That's how far back Zherka's been trying to get into Yonkers. Birds of a feather....

   THIS IS FRONT PAGE STUFF..IT IS A STORY THAT HAS
   LEGGS..BUT IT MUST BE CAPABLE OF BEING FACT
   CHECKED BY THE MEDIA....YOU GET ME THE SOURCES
   I WILL MAKE IT HAPPEN

6. Ethan Edwards October 3rd, 2007 at 6:19 pm

   Consultant: All, or at least the great
   majority of that data is already confirmed.

Is that from the Yonkers Tribune?

I don't know who posted that information, but there is no doubt it is someone with "inside access" to the Feds or another branch of law enforcement, county, state, whatever.

Robertson has a HUGE problem. And so does Zherka, not even counting his brother Ali.

7. Ethan Edwards October 3rd, 2007 at 6:20 pm

If you recall, I began waving the red flag about Ali Zherka, etc. on this very blog a few weeks ago. It was ignored.

8. Ethan Edwards October 3rd, 2007 at 7:00 pm

Zherka himself is now running TV ads for Robertson.

HE is "Citizens Against Injustice," which is not a recognized PAC.

He admitted he was "Citizens Against Injustice" on News 12 two nights ago.

If he has anyone in it with him, who are they?

This is the final death knell for Robertson.

9. the consultant October 3rd, 2007 at 7:55 pm

zherka is now acknowledging he himself is personally paying for the ads..ie paid for by sam zherka...and the ads benefit dennis.robertson..the democrats picked a loser with ties to unsavory characters..not going to play very well with ethnic democrats in yonkers

10. Ethan Edwards October 3rd, 2007 at 8:27 pm

That is both Guardian AND TV ads.

He had a commerical on News 12 tonight. It blasted Amicone. So....it's for Robertson.

Do you know what Zherka's real first name is? It goes well with his brother's first name, Ali.

11. the consultant October 3rd, 2007 at 9:37 pm

    baoba?

12. Ethan Edwards October 4th, 2007 at 8:04 am

    Like "Ali Baba and the 40 Thieves?"

    It's a Muslim name....just like Ali is.
    Sam's real first name is SELIM.

    That is another substantiation of that poster's remarks. The commenter called Zherka and his brother "Muslim Albanians."

    So, Muslims involved in criminal activity, at least Ali is, and there are logical suspicions about Sam. Lots of money floating around. Who knows where some of it could end up?

13. Pinocchio October 4th, 2007 at 11:17 am

    And there I thought the GOP was going to get rid of the old garbage...

14. Ethan Edwards October 4th, 2007 at 11:37 am

    The Yonkers Republicans did get rid of old garbage— Zehy Jereis.

    The local Democrats soon will get rid of some garbage too, when they reject Dennis Robertson and his basically campaign manager and chief contributor, offically or not, Sam Zherka. Robertson is now owned by Zherka. Of that there is no doubt.

15. Yonkers Voter October 4th, 2007 at 12:08 pm

    keep saying it ethan... it might actually be true if you say it enough, right?

16. Ethan Edwards October 4th, 2007 at 1:16 pm

    Yonkers Voter,

    It's easy to say it because it IS true.
    The circumstantial and other evidence and information is crystal clear.

    It also is true that hounds are after both Zherka and

Robertson, and a number of others, besides.

You can perhaps figure out who those hounds are.

17. Pinochio October 4th, 2007 at 3:22 pm

The Yonkers Republicans did get rid of old garbage— Zehy Jereis.

Oh, and the "new" guys never supported him.

## Leave a Reply

It is a condition of your use of the comment features associated with the blogs that you do not: Use the site to post or transmit any unlawful, threatening, abusive, libelous, defamatory, obscene, vulgar, pornographic, profane or indecent information of any kind, including without limitation any transmissions constituting or encouraging conduct that would constitute a criminal offense, give rise to civil liability or otherwise violate any local, state, national or international law. You alone are responsible for the material you post or send. Refer to the Terms of Service.

Name (required) Bret

Mail (will not be published) (required) Bret400@aol.com

Website

[Submit Comment]

About this blog

Politics on the Hudson, from The Journal News/LoHud.com, is your online source for up-to-the-minute political news, insight and dish in the Lower Hudson Valley and New York state. Contributors to the blog include reporters and editors from Westchester, Rockland and Putnam counties, as well as Albany and Washington.
Subscribe to this blog | (What is this?)
Politics on the Hudson Podcast
Sponsor This Blog

**Daily Blog Email Updates**