# MMG
### MCMAHON, MARTINE & GALLAGHER, LLP
#### ATTORNEYS AT LAW

MANHATTAN OFFICE
90 BROAD STREET
NEW YORK, NY 10004
TEL (212) 747.1230
FAX (212) 747.1239

55 WASHINGTON STREET
BROOKLYN, NY 11201
TEL (212) 747.1230
FAX (212) 747.1239

NEW JERSEY OFFICE
THE ROEBLING MANSION
222 WEST STATE STREET
TRENTON, NJ 08608
TEL (609) 396-2999
FAX (609) 396-2254



August 28, 2008

United States District Court
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Attn: Edmond Modugno, Deputy Clerk

RE:   Selim Zherka v. Michael F. Bogdanos, et al
      Insured:   Michael Edelman
      Venue: United States District Court/Southern District
             of New York
      DOL:       10/3/07
      Index No.: 08 CIV 2062 (CLB) (GAY)
      Claim No.: 5382158607
      Our File No.: 799.1992

Dear Mr. Modugno,

     We are the attorneys for defendant Michael R. Edelman in connection with the captioned matter and have a Motion for Summary Judgment pending before the Court. The plaintiff's opposition was received on Friday, August 22, 2008 while I was on vacation.

     I spoke to Jonathan Lovett, counsel for plaintiff who has graciously consented to extend the time for reply to and including September 5, 2008.

     If you have any questions, please call.

Very truly yours,

William D. Gallagher (4761)

WDG/mg

SO ORDERED:

_____
Hon. George A. Yanthis
United States Magistrate Judge.

9/3/08

Cc:
Jonathan Lovett, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605

Delbello Donnellan Weingarten Wise
    & Wiederkehr, LLP
One North Lexington Avenue
White Plains, New York 10601

Attn: Kevin J. Plunkett, Esq.
Attn: Brian T. Belowich, Esq.
Attn: Matthew S. Clifford, Esq.

Michael S. Morgan, Esq.
Assistant District Attorney
District Attorney's Office
One Hogan Place
New York, New York 10013

\\Fs2\DATA\799\1992\Letters\court2-8-5-08.doc/dd